THE HONORABLE JOHN C. COUGHENOUR

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

JIE JIAO,

           Plaintiff,

   v.

CONNIE BLUMENTHAL, *et al.*,

           Defendants.

CASE NO. C17-1355-JCC

MINUTE ORDER

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulated protective order (Dkt. No. 13.) Consistent with W.D. Wash Local Civ. R. 26(c)(2), the parties used the district's model protective order, but failed to specify *what* confidential information they seek to protect. (*See* Dkt. No. 13 at ¶ 2.) The Court DIRECTS the parties to submit a revised stipulated protective order describing the information the parties view as confidential. The Court further DIRECTS the parties to also submit a word (.doc) version of the order to the Court via email at coughenourorders@wawd.uscourts.gov.

//

//

//

1       DATED this 3rd day of November 2017.

                                               William M. McCool
                                               Clerk of Court

                                               s/Tomas Hernandez
                                               Deputy Clerk