THE HONORABLE JOHN C. COUGHENOUR

# UNITED STATES DISTRICT COURT
# WESTERN DISTRICT OF WASHINGTON
# AT SEATTLE

| | |
|---|---|
| JIE JIAO, | CASE NO. C17-1355-JCC |
| Plaintiff, | MINUTE ORDER |
| v. | |
| CONNIE BLUMENTHAL, *et al.*, | |
| Defendants. | |

The following Minute Order is made by direction of the Court, the Honorable John C. Coughenour, United States District Judge:

This matter comes before the Court on the parties' stipulation for withdrawal and substitution of counsel (Dkt. No. 21). The parties seek to substitute law firms as counsel of record for Defendant Connie Blumenthal in accordance with Local Rule 83.2(b)(1). Finding good cause, the Court GRANTS the parties' stipulated motion. The law firm of Lane Powell PC is granted leave to withdraw as attorneys of record for Defendant Blumenthal, effective immediately. J. Dino Vasquez of Karr Tuttle Campbell shall be substituted as counsel of record for Defendant Blumenthal and is deemed to have formally appeared as counsel of record for Defendant Blumenthal in this action. All pleadings involving Defendant Blumenthal in the future shall be served on Karr Tuttle Campbell. Lane Powell PC shall remain as counsel of record for Defendant Realogics Brokerage, LLC.

DATED this 6th day of December 2017.

William M. McCool
Clerk of Court

s/Tomas Hernandez
Deputy Clerk