|  |  |
|---|---|
|  | THE HONORABLE JOHN C. COUGHENOUR |

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JIE JIAO, | CASE NO. C17-1355-JCC |
| Plaintiff; and | ORDER |
| MAOQI ZHANG and WEI FAN, | |
| Plaintiffs and Counter-Defendants; | |
| v. | |
| CONNIE BLUMENTHAL and JOHN DOE, | |
| Defendants and Counter-Claimants; and | |
| REALOGICS BROKERAGE, LLC, d/b/a REALOGICS SOTHEBY'S INTERNATIONAL REALTY, | |
| Defendant. | |

This matter comes before the Court on Plaintiffs Maoqui Zhang's and Wei Fan's motion to dismiss (Dkt. No. 48). Having thoroughly considered the motion and the relevant record, the Court GRANTS the motion for the reasons explained herein.

The facts of this case are described in the Court's previous order (Dkt. No. 34). Zhang and Fan move to dismiss Defendant Connie Blumenthal's counter-claim pursuant to Federal Rule of Civil Procedure 12(b)(6). (Dkt. No. 48 at 2); (*see* Dkt. No. 37 at 7) (seeking contribution from Zhang and Fan for any recovery in Plaintiff Jiao's favor). Zhang and Fan assert that "no set of facts could be pled" that would establish their liability. (Dkt. No. 48 at 4.) Blumenthal has not responded to Zhang and Fan's motion to dismiss. The Court deems this nonresponse to be an admission that Zhang's and Fan's motion has merit. W.D. Wash. Local Civ. R. 7(b)(2).

Accordingly, Zhang and Fan's motion to dismiss (Dkt. No. 48) is GRANTED. The Clerk is DIRECTED to revise the caption in this matter to remove all references to Blumenthal's counter-claim.

DATED this 27th day of April 2018.

John C. Coughenour
UNITED STATES DISTRICT JUDGE